DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TRAVIEN DAVIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-1884

[February 19, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Peter Holden, Judge; L.T. Case No. 21004170CF10A.

Michael D. Weinstein of Michael D. Weinstein, P.A., Fort Lauderdale, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Joseph Mollica, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and SHEPHERD, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***